The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFRED BARQUET,<br>Defendant. | No. CR26-107 JNW<br><br>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION TO CONTINUE TRIAL |

This matter comes before the Court upon the defendant's motion to withdraw his motion to continue trial (Dkt. # 15). Having considered the facts set forth in the motion as well as the balance of the record, the Court hereby GRANTS this motion. It is ORDERED that the motion is withdrawn.

DONE this 21st day of July, 2026.

The Honorable Jamal N. Whitehead
United States District Judge



Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401